IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :    CASE NO. 7:19-CR-27 (WLS) |
| ISAAC BECERRA-GONZALES | : |
| Defendant. | : |

## ORDER

Upon the motion of the government, and for the reasons stated in the government's motion, this case and pending indictment as to ISAAC BECERRA-GONZALES are hereby DISMISSED with prejudice.

SO ORDERED this 23rd day of August, 2021.

_____
W. LOUIS SANDS
SENIOR UNITED STATES DISTRICT JUDGE

Presented by:

/s/Robert D. McCullers
ROBERT D. MCCULLERS
Georgia Bar No. 486976
Assistant U.S. Attorney
United States Attorney=s Office
Middle District of Georgia
P.O. Box 1702
Macon, Georgia 31202
(478) 752-3511
Robert.mccullers@usdoj.gov