IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| v. | * |
| | Case Number: 7:19-CR-27-003 |
| ISAAC BECERRA-GONZALES, | * |
| Defendant. | * |

## ORDER

Pursuant to an Appearance Bond dated June 26, 2020, Defendant was released on bond following the payment into the registry of the Court of the sum of $2,000.00. The conditions of the Appearance Bond have now been met and the Clerk is directed to disburse from the registry of the Court the sum of $2,000.00, plus all accrued interest less any amounts necessary for administrative fees of the Court to:

Ruben Becerra, Sr.

This 24th day of August, 2021.

_____
W. LOUIS SANDS
UNITED STATES DISTRICT JUDGE